

**SO ORDERED.**

**SIGNED this 14 day of July, 2008.**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

_____
Richard Stair Jr.
**UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE**

In re

JEROME KEVIN DIXON
STEPHANIE DAWN DIXON

Case No.  07-31804

Debtors

**O R D E R**

At a hearing held on June 11, 2008, the court was advised that an agreed order would be submitted disposing of the Debtors' Motion For Return of Unclaimed Funds filed on May 13, 2008. No order having been tendered, the court directs that the Motion For Return of Unclaimed Funds is DENIED.

###